UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-2263(DSD/BRT)

Honora Tremaine Patterson,

        Plaintiff,

v.                                ORDER

Emmanual Kintu; Nick Dechene;
Dan Meyer; Steve McCarty;
Tim Demolling; Aoun Noor;
John Spielman; John Ricci;
and Chris Roth, each sued
in their personal capacities,

        Defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson dated January 16, 2018 (R&R). The magistrate judge recommended that the court grant defendants' partial motion to dismiss and dismiss with prejudice plaintiff's claim against defendant Steve McCarty. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 49] is adopted in its entirety;

2. Defendants' partial motion to dismiss [ECF No. 31] is granted; and

3. Plaintiff's claim against defendant Steve McCarty is dismissed with prejudice.

Dated: February 12, 2018

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court