UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Honora Tremaine Patterson,                            Civ. No. 17-2263 (DSD/BRT)

    Plaintiff,

v.

Emmanual Kintu; Nick Dechene; Dan    **ORDER**
Meyer; Steve McCarty; Tim Demolling;
Aoun Noor; John Spielman; John Ricci;
and Chris Roth, each sued in their
personal capacities,

    Defendants.

  On March 26, 2018, *pro se* Plaintiff Honora Tremaine Patterson filed a motion for leave to file an amended complaint. (Doc. No. 54.) Plaintiff's motion is untimely under the Pretrial Scheduling Order, which provides that amended pleadings were due by December 15, 2017, and Plaintiff failed to establish good cause to modify the scheduling order. Therefore, Plaintiff's motion for leave to file an amended complaint (Doc. No. 54) is **DENIED**.

  Plaintiff also filed a request for disclosure of certain discovery that he needs to review when responding to Defendants' motion for summary judgment. (Doc. No. 57.) In response, Defendants explain that they plan to submit the requested information when they file their motion for summary judgment. Therefore, Plaintiff's request (Doc. No. 57) is **DENIED** without prejudice.

Date: April 16, 2018.

                                            *s/ Becky R. Thorson*
                                            BECKY R. THORSON
                                            United States Magistrate Judge