UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 17-2263(DSD/BRT)

Honora Tremaine Patterson,

       Plaintiff,

v.                                                    **ORDER**

Emmanual Kintu; et al.,

       Defendants.


This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson, dated August 2, 2018 (R&R). In the R&R, the magistrate judge recommended that the court deny plaintiff Honora Patterson's motion for a preliminary injunction and temporary restraining order, and appointment of counsel. No objections to the R&R have been filed within the time period permitted. See D. Minn. LR 72.2(b)(1). Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 95] is adopted in its entirety; and

2. Patterson's motion for a preliminary injunction and temporary restraining order, and appointment of counsel [ECF No. 92] is denied with prejudice.


Dated: August 24, 2018

                        s/David S. Doty_____
                        David S. Doty, Judge
                        United States District Court